

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MARY ISABEL RUIZ, | § | No. 08-19-00181-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court #4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20160C07963 |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH OF APRIL, 2021.

JEFF ROSE, Former Chief Justice, Third Court of Appeals

Before Palafox, J., Alley, J., and Rose, Former C.J.
Rose, Former C.J. (Sitting by Assignment)